**EMILY R. CHILD**
California State Bar No. 334506
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Emily_Child@fd.org

Attorneys for Jesse Agus Martinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 25-MJ-06054-BLM |
| Plaintiff, | Hon. Barbara L. Major |
| v. | |
| JESSE AGUS MARTINEZ, | **JOINT MOTION TO EXTEND TIME TO SUBMIT BOND PACKET** |
| Defendant. | |

On November 6, 2025, Mr. Martinez appeared in court for his initial appearance pursuant to a Notice to Appear. At the initial appearance, this Court set conditions of a $10,000 personal appearance bond to be secured by the signature of one financially responsible adult. ECF No. 80. The Court allowed Mr. Martinez to remain out of custody and ordered the bond packet to be submitted by November 13, 2025. *See id.*

Upon receipt of the bond paperwork, undersigned counsel had concerns about whether the proposed surety could in fact qualify financially under the bond terms as set. Accordingly, the parties jointly request to extend the bond packet submission date by one week to allow defense counsel to explore whether alternative sureties exist, or, alternatively, prepare a request for modification of the bond conditions.

1

2

Respectfully submitted,

3    Dated: November 13, 2025

<u>s/ Emily R. Child</u>

4    Federal Defenders of San Diego, Inc.
Attorneys for Jesse Agus Martinez

5

6

<u>s/ Katherine Rookard</u>

7    Special Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28